UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

vs.   Case No. 8:16-CR-153-T36-AEP

MANUEL PLACIDO RENGIFO-AUDIVER
_____/

# SENTENCING MEMORANDUM

## I. Legal Framework for Sentencing Analysis

It is now well established that sentencing requires a two-step process. First, the district court must correctly calculate the sentencing guideline range. Second, the district court must consider the factors outlined in 18 U.S.C. §3553(a) to determine a reasonable sentence as to each defendant in each case.

In United States v. Talley, 431 F.3d 784, 786 (11th Cir. 2005), the Eleventh Circuit enumerated the ten factors used to determine a reasonable sentence: (1) the nature and circumstances of the offense and the defendant's personal history and characteristics; (2) the need for the sentence to reflect the seriousness of the offense, to promote respect for the law and to provide a just punishment; (3) the need for deterrence; (4) the need to protect the public; (5) the need to provide the defendant with appropriate educational training, vocational training, or medical care; (6) types of sentences

1

available; (7) the correctly-calculated sentence range under the Sentencing Guidelines; (8) pertinent policy statements of the U.S. Sentencing Commission; (9) the need to avoid unwarranted sentencing disparities; and (10) the need to provide restitution to victims.

## II. Analysis of 18 U.S.C. § 3553(a) Factors

### A. History and Characteristics of the Defendant

Manuel Rengifo-Audiver is a 48-year-old citizen of Colombia.[1] He was born and raised in the Department of Chocó,[2] Republic of Colombia.[3]

Chocó is located in western Colombia primarily situated along the Pacific Ocean; it extends northward to encircle both sides of the Panamanian isthmus and also contains a short coastline on the Caribbean.[4] Chocó has been described as "one of the most remote regions of the world."[5] The United Nations has recognized Chocó as the poorest Department in Colombia.[6] 78% of the residents in Chocó live beneath the Colombian

---

[1] PSR, page 2
[2] Colombia is divided up into 32 geographic areas called departments.
[3] PSR, page 9
[4] USA Today Online: http://traveltips.usatoday.com/climate-tutunendo-choco-colombia-104538.html
[5] Columbia University Anthropologist Michael Taussig: http://lens.blogs.nytimes.com/2011/11/02/looking-for-gold-in-a-distant-jungle/
[6] Office of the United Nations High Commissioner for Refugees: http://www.unhcr.org/3e8851624.html

poverty line.[7] Mr. Rengifo-Audiver experienced austere poverty as a child; he did not own a pair of shoes, and he sometimes went without food.[8]

Mr. Rengifo-Audiver is Afro-Colombian. Most of the people who live in Chocó are descendants of African slaves brought there by colonial authorities of the Spanish empire.[9] Colombian municipalities with high populations of Afro-Colombians do not have sufficient government resources to provide basic services to their communities; 60% of Afro-Colombians do not have access to basic health care services and 57% of all babies born to Afro-Colombian mothers are premature.[10]

When Mr. Rengifo-Audiver was a child, his father was physically abusive to him.[11] Mr. Rengifo-Audiver recalls his father striking him with a branch from a lemon tree so ferociously that it left him with a scar on his leg, which Mr. Rengifo-Audiver still carries today.[12] Mr. Rengifo-Audiver

---

[7] Diagnóstico de la situación de los municipios habitados por las comunidades afrocolombianas priorizadas por la Honorable Corte Constitucional en el departamento de Chocó: http://www.derechoshumanos.gov.co/Observatorio/documents/2010/DiagnosticoAfro/Choco.pdf
[8] PSR, page 9
[9] New York Times Online: http://lens.blogs.nytimes.com/2011/11/02/looking-for-gold-in-a-distant-jungle/
[10] Minority Rights, *Colombia – Afro-Colombian*, webpage: http://minorityrights.org/minorities/afro-colombians/
[11] PSR, page 9
[12] July 25, 2016 interview of Manuel Rengifo-Audiver

and his brother were so afraid of their father's cruelty that they would hide from him.[13]

When Mr. Rengifo-Audiver was approximately 20 years old, he relocated to the Colombian port city of Buenaventura.[14] Buenaventura sits on a series of islands amid swampy mangroves on Colombia's Pacific Coast.[15] Like the Department of Chocó, most of the people who live in Buenaventura are Afro-Colombians.[16] In fact, more than 90% of the population is of African descent.[17] One third of the residents of Buenaventura are unemployed and 80% live in poverty.[18] 65% of Buenaventura's households do not have a sewage system and 45% do not have potable water.[19]

Mr. Rengifo-Audiver has three daughters, ages 23, 20, and 18. His oldest daughter has had serious medical problems since birth.[20] She suffers from

---

[13] PSR, page 9
[14] PSR, page 9
[15] British Broadcasting Service website; http://news.bbc.co.uk/2/hi/programmes/from_our_own_correspondent/6951683.stm
[16] Buenaventura, La Violencia Silenciosa, Clément Saccomani, 2009.
[17] Office of the United Nations High Commissioner for Refugees, http://www.unhcr.org/cgi-bin/texis/vtx/refdaily?pass=463ef21123&id=4e69a75e5
[18] AB Colombia, Oxfam Great Britain, Afro-Colombian Fishing Communities Face Displacement and Increased Violence as the Port Expands, http://www.abcolombia.org.uk/subpage.asp?subid=464&mainid=23
[19] Id.
[20] May 6, 2016 interview of Manuel Rengifo-Audiver

4

mental retardation and also has an anatomical disorder that makes it difficult for her to speak clearly.[21] Mr. Rengifo-Audiver's youngest daughter suffers from hyperthyroidism and an unknown condition that causes her bone and joint pain.[22]

Before his arrest, Mr. Rengifo-Audiver was shouldering the financial burden of the medical care that his daughters required.[23] When he could not find regular work as a fisherman, he worked as a ditch digger.[24] Additionally, Mr. Rengifo-Audiver was financially supporting his mother Ismenia, who is elderly and infirm.[25] Specifically, she suffers from chronic gastritis, poor eyesight, and kidneys problems.[26] According to Ismenia, Mr. Rengifo-Audiver is "the one who supports his whole family"; she characterizes him as "my right arm."[27]

### III. Conclusion

The Defense respectfully requests this Court take all the forgoing factors into consideration when it imposes a sentence that is "sufficient but not greater than necessary to comply with" the goals of sentencing set forth in 18 U.S.C. § 3553(a).

---

[21] Id.
[22] PSR, page 10
[23] See Exhibit #4B, Statement by Augusto Ramos Jory – English Translation
[24] PSR, page 11
[25] See Exhibit #1B, Letter from Ismenia Audivert – English Translation
[26] See Exhibit #1B, Letter from Ismenia Audivert – English Translation
[27] See Exhibit #1B, Letter from Ismenia Audivert – English Translation

# EXHIBITS

EXHIBIT 1A      Letter from Ismenia Audivert – Spanish

EXHIBIT 1B      Letter from Ismenia Audivert – English Translation


EXHIBIT 2A      Letter from Marisel Celorio – Spanish

EXHIBIT 2B      Letter from Marisel Celorio – English Translation


EXHIBIT 3A      Letter from Edgar Ocoro Carabali – Spanish

EXHIBIT 3B      Letter from Edgar Ocoro Carabali – English Translation


EXHIBIT 4A      Statement of Augusto Ramos Jory – Spanish

EXHIBIT 4B      Statement of Augusto Ramos Jory – English

## Certificate of Service

I HEREBY CERTIFY that on September 15, 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Mr. Joe Ruddy, AUSA
Office of the United States Attorney
400 North Tampa Street, Suite 3200
Tampa. FL 33602

/s/ *David C. Hardy*
David C. Hardy, Attorney at Law
Florida Bar #689661
1710 N. 19th Street, Suite 215
Tampa, Florida 33605
Tel: (813) 990-9547
dch@thehardylawfirm.com