Doctora                                    Junio 16 del 2016

# Charlene Edwards honeywell

Siñora Juesa esta carta cordial mente la ago para la usted Rogandole a Dios que le di larga vida no solo austed tambien a toda su familia.

Mi nombre es Leminia audivert tengo 75 años de edad soy la madre de Manuel Placido Rinjifo ahora me dirijo ablar con usted por medio de esta carta. Siñora Juesa la edad mia es alta por que lla tengo un poco d años pero mui infirma de todo tengo gastritis cronica la vista enferma de los Riñones Para todas estas enfermedades Manuel mi hijo es el que me ayuda en todas estas enfermedades. ademas es mi unico hijo baron el es el que me mantiene del do do no puedo trabajar. ademas Manuel tiene dos hijas una es enferma desde nacimiento la otra tiene dos enfermedad etiroide y dolor en todos los huesos del cuerpo la una es especial y la otra no tiene mamá la mamá esta muerta. ademas Manuel es el que mantiene a toda su familia Manuel es mi mano diricha. Siñora Juesa usted save que todas las madres sufrimos por nuestro hijos siñora con el mayor Respecto que usted se merece ayudeme a Manuel para que no demore lla donde el esta por que

nosotros somos bastante pobre la situación económica la tenemos bastante mal porque si nosotros almorzamos no merendamos los costamos con lo que nos comemos al almuerzo cuando de moro para comer me ciento mal de la cabeza y todo el cuerpo cuando ise esta carta en todo el día no aviamos almorzados porque no tenemos dinero para comprar la comida desde que Manuel esto poralla estamos pasando tanto trabajo de la alimentación. Señora Inesa estoy tan triste por esta mala situación que tenemos. Señora Inesa solo pido ayude a Manuel para que prontamente este al lado de sus hijos enferma y también al lado de su mamá que también estoy enferma

Señora Inesa ayudeme a mi también por mi hijo todos lo estamos necesitando además nosotros no tenemos ayuda de nadie solo Dios es el que nos fortalese y nos ayuda aguantar esta calamidad que nosotros tenemos espero señora Inesa que cuando usted lea esta carta le llegue a su corazón y espero que Dios le toque su corazón señora Inesa también sufro de la preción.

atentamente Ismenia audibert señora Inesa que Dios la bendiga la cuide la proteja a usted y toda su familia que Dios la ayude por toda su vida y la tenga alentada

Colombia estoy orandole a Dios por usted día y noche para que la ayude y la tenga bien

Manuel Placido Rengifo Andivert es una persona mui buena es cariñoso humilde nunca trata a nadi mal.

ademas el no tiene Papá esta muerto la mamá de manuel no tengo mamá ni Papá los dos estan muerto

los dos hijos de manuel me preguntan que cuando llega el Papá para que las lleve al medico siñora Luesa manuel se preocupa mucho por sus hijos enfermas y está sufriendo por ellas

siñora Luesa cuando una ayuda a las Personas momentos dificiles, Dios se lo multiplica y mas bendicion resive de Dios por que esta aciendo una obra de caridad. en el mundo todos tinemos que ayudar los unos a los otros