Doctor [of law]                                                                                          June 16 of 2016

        Charlene Edwards Honeywell

        Madam Judge I write this cordial letter to you pleading to God that he give you a long life and not only you but also to all your family.

        My name is Isminia Audivert. I am 75 years old. I am the mother of Manuel Placido Rengifo. Now I will address you by means of this letter. Your Honor my age is advanced because I have a few years [on me] but I have many serious illnesses. I have chronic gastritis, my eyesight, my kidneys regarding all these illnesses Manuel, my son, is the one who helps me with all my illnesses. Also, he is my only male child he is the one who supports me because of the pain I cannot work. Also, Manuel has two daughters one has been sick since she was born and the other one has two illnesses thyroid and pain in all the bones of her body. One of them is special and the other one does not have a mom she is dead. Also, Manuel is the one who supports his whole family. Manuel is my right arm. Madam Judge you know that all of us mothers suffer for our children madam with the greatest respect that you deserve help Manuel for me so that he is not held up too much longer where he is because we are quite poor our financial situation is rather bad because if we have lunch we do not [have enough] for dinner we go to bed with what we ate for lunch when I cannot eat on time my head feels bad as well as my whole body when I did this letter we had not eaten all day we had not had lunch because we do not have money to buy food since Manuel has been over there we are struggling a lot about food. Madam Judge I am so sad because of this bad situation we are in. Madam Judge I ask you to help Manuel so that he will be at the side of his sick daughters and also at the side of his mother who is also sick.

        Madam Judge help me also for my son we are needing him besides we have no help from anywhere else just God who is the one who strengthens and helps us to endure this calamity that we have I hope Madam Judge that when you read this letter it reaches your heart and I hope that God touches your heart madam Judge I also suffer of [high blood] pressure.

        Sincerely Isminia Audivert. Madam Judge may God bless you and take care of you and protect you and your whole family may God help you your entire life and encourage you

        Colombia I am praying to God for you day and night so that he will help you and keep you well

[Reverse side]

Manuel Placido Rengifo Audivert is a very good person he is affectionate humble never treats anyone badly. Also he is fatherless he died Manuel's mother I have neither mother nor father the two of them died Manuel's two daughters asked me when their dad is coming back so that he can take them to the doctor Madam Judge Manuel worries a lot for his sick daughters and he is suffering for them Madam Judge when one helps people in difficult times God will multiply [the return] and more blessings will be received from God because one is doing a work of charity in the world we all have to help one another

CERTIFICATION OF TRANSLATION

I, Dyalma L. Ocasio, an interpreter of Spanish certified by the Administrative Office of the Courts in Washington, DC, hereby swear that the English translation herein is true and correct to the best of my ability.