

**DE BUENAVENTURA**
**COOMULPESAB**
NIT 900254767-5

La suscrita gerente

CERTIFICA QUE:

Que el Señor: **MANUEL PLACIDO RENGIFO AUDIVER** Identificado con cedula de ciudadanía nro 16.490.346 expedida en B/tura, se encuentra afiliado a esta Cooperativa como pescador artesanal demostrando ser una persona, responsable, honesta, cumplidora de sus deberes, buen amigo, compañero quien trabaja por el bienestar de su núcleo familiar.

Siempre ha estado dispuesto a servir de manera incondicional a las distintas comunidades dentro y fuera de su consejo comunitario y por ende aportando sus ideas y experiencia en miras al fortalecimiento, crecimiento, desarrollo de la cooperativa logrando así el beneficio de quienes la integran y el beneficio de quienes se le comercializa el producto.

Para mayor constancia se firma a los días 04 del mes de mayo del año 2016

**MARISEL CELORIO**
Representante legal COOMULPESAB

**TRABAJAMOS CON RESPONSABILIDAD, CALIDAD Y EFICIENCIA"**

**DIRECCION: CALLE 2SUR Nº. 7ª-8**
**Telefax: 2418354  Cel: 3164805746**
**Buenaventura-Valle**
**EMAIL: COOMULPESAB@HOTMAIL.COM**