[Logo of a man casting a net from a boat]
**MULTIACTIVE COOPERATIVE OF ARTESENAL FISHERMAN OF BUENAVENTURA**
**COOMULPESAB**

# MULTIACTIVE COOPERATIVE OF ARTISENAL FISHERMAN OF BUENAVENTURA
### COOPERATIVA MULTIACTIVA DE PESCADORES ARTESANALES DE BUENAVENTURA
## COOMULPESAB
## TAX ID NO. 900254767-5

The subscribing manager

CERTIFIES THAT:

Mr. **MANUEL PLACIDO RENGIFO AUDIVER** identified with citizenship identification number 16,490,346 issued in Buenaventura, is associated with this Cooperative as an artisanal fisherman manifesting himself to be a responsible, honest person who reliably carries out his duties, a good friend, co-worker who works for the well being of his family unit.

He has always been willing to unconditionally serve the different communities in and out of his community board and thereby contributing his ideas and experience with the view of strengthening, growing, developing the cooperative achieving in this way the benefit of those who integrate it and the benefit of those to whom the product is sold.

For the record this is signed on day 04 of the month of May of the year 2016.

[Signature]
**MARISEL CELORIO**
Legal representative of COOMULPESAB

**"WE WORK WITH RESPONSIBILITY, QUALITY AND EFFICIENCY"**

**ADDRESS: CALLE 2SUR NO. 7˚-8**
**Telefax: 2418354 Cell: 3164805746**
**Buenaventura-Valle**
**EMAIL: COOMULPESAB@HOTMAIL.COM**

CERTIFICATION OF TRANSLATION

I, Dyalma L. Ocasio, an interpreter of Spanish certified by the Administrative Office of the Courts in Washington, DC, hereby swear that the English translation herein is true and correct to the best of my ability.