A QUIEN PUEDA INTERESAR
CERTIFICO:

YO EDGAR ANTONIO OCORO CARABALI, CIUDADANO COLOMBIANO RESIDENTE EN LA CIUDAD DE BUENAVENTURA, VALLE, COLOMBIA, IDENTIFICADO CON LA CEDULA DE CIUDADANIA, No. 16.507.712, EN PLENO USO DE MIS FACULTADES MENTALES Y MOTORAS, CERTIFICO: QUE CONOZCO AL SEÑOR MANUEL PLÁCIDO RENGIFO SUDIVERTH, IDENTIFICADO CON LA CEDULA DE CIUDADANIA No. 16490346 DESDE HACE 20 AÑOS, COMO AMIGO, VECINO DEL MENCIONADO SEÑOR, Y EN MI CALIDAD DE ORIENTADOR ESPIRITUAL QUE SOY TANTO DE LA MADRE DEL SEÑOR MANUEL PLÁCIDO Y DEL GRUPO QUE PRESIDO, PARA SERVIR A DIOS Y A SU HIJO JESUCRISTO, PUEDO AFIRMAR QUE EL SEÑOR MANUEL PLÁCIDO RENGIFO, ES UNA EXCELENTE PERSONA, QUE SE CARACTERIZA POR SU HUMILDAD, HONORABILIDAD Y Y ALTO GRADO DE SENSIBILIDAD HUMANA. ES ADMIRADO COMO BUEN HIJO, ESPOSO Y PADRE. SIEMPRE HE TENIDO UNA AFECTUOSA Y CÁLIDA RELACIÓN CON ÉL Y SU FAMILIA MAS CERCANA.

POR ESTO DOY FE (INEQUIVOCA,) INEQUIVOCA, QUE EL SEÑOR MANUEL PLÁCIDO RENGIFO S. ES LA PERSONA CON LAS CUALIDADES AQUÍ DESCRITAS.

SE FIRMA EN BUENAVENTURA VALLE, COLOMBIA A LOS 4 DÍAS DE MAYO DE 2016.

EDGAR A. OCORO
16 507 712

Edgar A. Ocoró Caraballí
C.C. 16.507.712