TO WHOM IT MAY CONCERN

I CERTIFY:

I Edgar Antonio Ocoro Carabali, Colombian citizen residing in the city of Buenaventura, Valle, Colombia, identified by citizen identification number 16,507,712, in complete possession of my mental and motor faculties, certify: That I know Mr. Manuel Placido Rengifo Audiverth, identified by citizen identification number 16490346 for 20 years, as a friend, neighbor of said gentleman and by virtue of being a spiritual guide that I [illegible] of Mr. Manuel Placido's mother and of the group that I preside to serve God and his son Jesus Christ. I can assert that Mr. Manuel Placido Rengifo is an excellent person who is characterized by his humility, honorability and high degree of human sensibility. He is admired as a good son, husband and father. I have always had an affectionate and warm relationship with him and his immediate family.

That is why I attest [illegible], unequivocally, that Mr. Manuel Placido Rengifo is a person with the qualities described here.

Signed in Buenaventura Valle, Colombia on day 4 of May of 2016.

[Illegible signature]
Edgar A. Ocoro
16 507 712

[Stamped in bold letters]
**EDGAR A. OCORO CARABALI**

CERTIFICATION OF TRANSLATION

I, Dyalma L. Ocasio, an interpreter of Spanish certified by the Administrative Office of the Courts in Washington, DC, hereby swear that the English translation herein is true and correct to the best of my ability.