

**NOTARIA SEGUNDA**
CIRCULO DE BUENAVENTURA
N I T: 4.567.737 - 8
CALLE 1 No. 5-13
TELS. 240 0599 - 242 6097
E-MAIL: NOTA2BUN@GMAIL.COM
BUENAVENTURA-VALLE

## DECLARACION EXTRAPROCESAL. No. 0749

EN LA CIUDAD DE BUENAVENTURA, DEPARTAMENTO DEL VALLE DEL CAUCA, REPUBLICA DE COLOMBIA, A LOS SEIS **(06) DÍAS** DEL **MES DE MAYO** DEL AÑO DOS MIL DIECISEIS (2.016), ANTE MI, **GERMAN DARIO ORTIZ GIRALDO** NOTARIO (A) SEGUNDO (A) (2º) DEL CIRCULO DE BUENAVENTURA, COMPARECIÓ: **AUGUSTO RAMOS JORY** CON EL OBJETO DE RENDIR DECLARACION PARA FINES EXTRAPROCESALES, LO QUE HACE BAJO LA GRAVEDAD DEL JURAMENTO Y CONFORME AL DECRETO 1557 DEL 14 DE JULIO DE 1989 MANIFESTÓ:

MI NOMBRE Y APELLIDOS SON: **AUGUSTO RAMOS JORY**

RESIDENTE ACTUAL: MONTECHICO CRA 17 A No. 17-76

IDENTIFICADO (A) CON CEDULA NO: 16.496.003 DE BUENAVENTURA

DE ESTADO CIVIL: CASADO

NACIDA (O) EN: BUENAVENTURA EL 02 DE MARZO DE 1970

OCUPACIÓN ACTUAL: TRABAJADRO INDEPENDIENTE

**QUIEN EN SU ENTERO Y CABAL JUICIO HIZO LAS SIGUIENTES MANIFESTACIONES:** **PRIMERA:** QUE TODAS LAS DECLARACIONES QUE SE PRESENTAN EN ESTE INSTRUMENTO SE RINDEN BAJO LA GRAVEDAD DEL JURAMENTO Y A SABIENDAS DE LAS IMPLICACIONES LEGALES QUE ACARREA JURAR EN FALSO. **SEGUNDA:** QUE NO TIENE NINGUNA CLASE DE IMPEDIMENTO PARA RENDIR ESTAS DECLARACIONES JURAMENTADAS, LAS CUALES PRESTA BAJO SU ÚNICA RESPONSABILIDAD. **TERCERA:** QUE LAS DECLARACIONES AQUÍ RENDIDAS, LIBRE DE TODO APREMIO Y ESPONTÁNEAMENTE, NO SERÁN SUSCEPTIBLES DE CAMBIOS NI MODIFICACIONES EN EL FUTURO, UNA VEZ AQUÍ EXPRESADAS Y DECLARÓ: QUE CONOZCO DE VISTA, TRATO Y COMUNICACIÓN DESDE HACE VARIOS AÑOS AL SEÑOR (ES) (A) **MANUEL PLACIDO RENGIFO AUDIVER**, IDENTIFICADO (A) CON CEDULA DE CIUDADANIA No.16.490.346, Y POR ESE CONOCIMIENTO QUE DE EL (ELLA) TENGO SE Y ME CONSTA QUE TIENE LA RESPONSABILIDAD ECONOMICA EN FORMA PERMANENTE DE LAS SIGUIENTES PERSONAS: HIJA CLAUDIA LORENA RENGIFO DURAN, C.C. 1.097.725.713, SHIRLEY STEFANNY RENGIFO MINA C.C. 1.111.814.688, MADRE ISMENIA AUDIVER GOMEZ C.C. 26.313.655 E PIZARRO Y SUEGRO SALATIEL VALENCIA MORENO, SIENDO EL SEÑOR MANUEL PLACIDO RENIFO AUDIVER QUIEN LES PAORTA Y SUMISTRA TOSDO LO NECESARIO PARA EL DIARIO VIVIR, TAL COMO ALIMENTACION, VIVIENDA, VESTUARIO, MEDICINA, EDUCACION.- DERECHOS 11500, IVA 1840, RESOLUCION 0726 DE ENERO 29 DE 2016. LA PRESENTE DECLARACION SE EXPIDE PARA LA NOTARIA SEGUNDA DE BUENAVENTURA PARA TRAMITES DE ESCRITURA. ES TODO.

x *Augusto Ramos Jory*
**AUGUSTO RAMOS JORY**
C.C. No. 16.496.003 DE BUENAVENTURA

Recibida y Elaborada Por: Yuly



**GERMAN DARIO ORTIZ GIRALDO**
**NOTARIO SEGUNDO**