

**SECOND OFFICE OF THE *NOTARIO*[1]**
**CIRCUIT OF BUENAVENTURA**
Tax Identification Number: 4,567,737-8
Calle 1 No. 5-13
Tel: 240 0599 – 242 6097
E-MAIL: NOTA2BUN@GMAIL.COM
BUENAVENTURA-VALLE

# EXTRAJUDICIAL STATEMENT NO. 0749

IN THE CITY OF BUENAVENTURA, DISTRICT OF VALLE DEL CAUCA, REPUBLIC OF COLOMBIA, ON **DAY SIX** OF THE **MONTH OF MAY** OF THE YEAR TWO THOUSAND SIXTEEN (2,016), BEFORE ME, **GERMAN DARIO ORTIZ GIRALDO,** SECOND (2°) *NOTARIO* OF THE CIRCUIT OF BUENAVENTURA, APPEARED: **AUGUSTO RAMOS JORY** FOR THE PURPOSE OF MAKING A STATEMENT FOR OUT OF COURT ENDS, WHICH HE DOES UNDER OATH AND PURSUANT TO THE 1557 DECREE DATED JULY 14 OF 1989, HE MANIFESTS:

MY NAME AND SURNAMES ARE: **AUGUSTO RAMOS JORY**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
CURRENT RESIDENT OF: MONTECHICO CRA 17 NO. 17-76\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
IDENTIFIED BY NATIONAL IDENTIFICATION NUMBER: 16,496,003 OF BUENAVENTURA\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
MARITAL STATUS: MARRIED\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
BORN IN: BUENAVENTURA ON MARCH 2 OF 1970\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
CURRENT OCCUPATION: FREE LANCE WORKER\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**WHO OF PERFECTLY SOUND MIND MADE THE FOLLOWING STATEMENTS:** <u>**FIRST:**</u> THAT ALL THE STATEMENTS THAT ARE PRESENTED IN THIS INSTRUMENT ARE RENDERED UNDER OATH AND WITH KNOWLEDGE OF THE LEGAL IMPLICATIONS THAT LYING UNDER OATH INCURS. <u>**SECOND:**</u> THAT HE DOES NOT HAVE ANYTHING OF ANY KIND TO HINDER HIM FROM MAKING THESE SWORN STATEMENTS WHICH ARE RENDERED UNDER HIS SOLE RESPONSIBILITY. <u>**THIRD:**</u> THAT THE STATEMENTS RENDERED HERE FREE OF ALL PRESSURE AND SPONTANEOUSLY, SHALL NOT BE SUSCEPTIBLE TO CHANGES OR MODIFICATIONS IN THE FUTURE, ONCE EXPRESSED HERE, AND HE STATED: THAT I HAVE KNOWN MR. **MANUEL PLACIDO RENGIFO AUDIVER,** IDENTIFIED (A) WITH NATIONAL IDENTIFICATION NUMBER 16,490,346, BY SIGHT, INTERACTIONS AND COMMUNICATION FOR SEVERAL YEARS, AND BY THAT KNOWLEDGE OF HIM I HAVE [SIC], KNOW AND HAVE PERSONAL KNOWLEDGE THAT HE HAS PERMANENT, FINANCIAL RESPONSIBILITY OF THE FOLLOWING PERSONS: DAUGHTER CLAUDIA LORENA RENGIFO DURAN, IDENTIFICATION NUMBER 1,097,725,713, SHIRLEY STEFANNY RENGIFO MINA, IDENTIFICATION NUMBER 1,111,814,688, MOTHER ISMENIA AUDIVER GOMEZ, IDENTIFICATION NUMBER 26,313,655 AND E. PIZARRO AND FATHER IN LAW SALATIEL VALENCIA MORENO, BEING MR. MANUEL PLACIDO RENIFO (SIC) AUDIVER WHO PROVIDES AND SUPPLIES ALL THE NECESSARY THINGS OF DAILY LIFE SUCH AS FOOD, HOUSING, CLOTHING, MEDICINE, EDUCATION. LAW 11500, VALUE-ADDED TAX 1840, RESOLUTION 0726 DATED JANUARY 29, 2016. THE PRESENT STATEMENT IS ISSUED TO THE SECOND *NOTARIA* OF BUENAVENTURA FOR THE PROCESSING OF RECORDED WRITTEN [STATEMENTS]. THAT IS ALL.

**SIGNATURE**
**AUGUSTO RAMOS JORY**                    **[Fingerprint placed here]**
**IDENTIFICATION NUMBER 16,496,003 OF BUENAVENTURA**

Received and worked on by: Yuly.                    [Stamp of the *Notario*]
                                                    REPUBLIC OF COLOMBIA
                                                    Coat-of-Arms
                                                    Illegible handwriting
                                                    SECOND *NOTARIA* OF BUENAVENTURA
                                                            **GERMAN DARIO ORTIZ GIRALDO**
                                                            **SECOND *NOTARIO***

CERTIFICATION OF TRANSLATION
I, Dyalma L. Ocasio, an interpreter certified by the Administrative Office of the Courts in Washington, DC, hereby certifies that the English translation herein is true and correct to the best of my ability.

---

[1] Translator's Note: "*Notario*" in the Colombian legal system is an attesting, contract lawyer empowered to issue judicial opinions, mediate disputes, and make binding judgments among other functions. Because there is no equivalent in the U.S. legal system, and the title may be confusing given the function of the Notary Public in the United States, *Notario* will be left in Spanish.